# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SPENGLER,<br><br>  Plaintiff,<br><br>  v.<br><br>NIKOLAY T. TEOPHILOV, et al.,<br><br>  Defendants. | Case No. CV 18-6172-DOC (SP)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: November 9, 2020            _____
                                   HONORABLE DAVID O. CARTER
                                   UNITED STATES DISTRICT JUDGE